NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MARK C. JACKSON,**
*Appellant,*

v.

**UNITED STATES,**
*Appellee.*

---

2014-5121

---

Appeal from the United States Court of Federal Claims in No. 1:14-cv-00277-NBF, Judge Nancy B. Firestone.

---

**ON MOTION**

---

**O R D E R**

Mark C. Jackson files a motion requesting that the court treat his motion for "Order of Redress" as a reply brief.

Jackson separately moves to consolidate "the case before the Federal Claims case #: 14-277, currently pending before this court, with the case before the Court of Ap-

peals for Veterans Claims Case # 14-1366 on appeal to this court since they have similar or over lapping issues."

We note that to the extent that Jackson seeks to consolidate this appeal with United States Court of Appeals for Veterans Claims case No. 2014-1366, an appeal from that court has not yet been docketed at this court. Additionally, that Veterans Court appeal concerns a petition for extraordinary relief filed with the Veterans Court and the instant appeal concerns a complaint filed in the United States Court of Federal Claims. Thus, consolidation would not be warranted.

Accordingly,

IT IS ORDERED THAT:

(1)  The motion to consolidate is denied.

(2)  The other motion is granted to the extent that a copy of this order and Jackson's motion for "Order of Redress" shall be treated as a reply brief and transmitted to the merits panel assigned to this appeal.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s26